684

■ In the Matter of the Claim of JOSEPH DIAMOND, Appellant, against MITCHELL'S CUT RATE PHARMACY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERLE VICTOR FULLER, Relator, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Defendant.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR H. GIFFORD, Relator, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant.— Motion for permission to prosecute appeal as a poor person denied upon the ground that the papers do not indicate any meritorious grounds for appeal. Application for assignment of counsel denied. Foster, P. J., Bergan, Coon and Halpern, JJ., concur; Gibson, J., taking no part.

■ In the Matter of the Claim of FRANCES HORTON, Appellant, against PARK & TILFORD DISTILLERS CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ELINE JOSEPH, Appellant, against UTILITY AIRLITE CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ ELLA KILCOIN et al., Appellants, v. SUNNY COUNTRYMAN, Also Known as SHIRLEY EDELSTEIN and as SUNNY FRANK, et al., Respondents.— Argument of the above appeal is adjourned to the May Term of this court. Pending the argument of the appeal all proceedings in the Surrogate's Court of Sullivan County in connection with Chauncey Countryman, deceased, are stayed, unless in the meantime this court shall direct otherwise. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ELIZABETH KOEHLER, Appellant, against NATIONAL COLD STORAGE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of LOUIS LEBOWITZ, Appellant, against WAGS TRANSPORTATION SYSTEM, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MERRILL, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of CHARLES MODERNO, Appellant, against STRAND COAT Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ LELAND MOSES, Appellant, v. FREDERICK WOLINSKY, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ELIZABETH NUNN, Appellant, against NORTON COAL Co. INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.